

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jones, Ali DEFENDANT(S). | CASE NUMBER LACR 08-887 JWJ ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT (18 USC 3148(b) |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __10/29/08__, at __10:45__ ☒a.m. / ☐p.m. before the Honorable __Jeffrey W. Johnson__, in Courtroom __C (Spring St Cthse)__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/23/08__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge